IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LONNIE NORTON,<br><br>               Plaintiff,<br><br>v.<br><br>TOOELE COUNTY SHERIFF et al.,<br><br>               Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-763-RJS<br><br>District Judge Robert J. Shelby |

Plaintiff, Lonnie Norton, filed this *pro se* civil-rights suit, *see* 42 U.S.C.S. § 1983 (2017). Reviewing the Complaint under § 1915(e), in an Order dated November 15, 2016, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Plaintiff has never responded to the order. The Court last heard from Plaintiff on March 31, 2015, when he filed an account statement and a notice of inability to pay his initial partial filing fee (which was received on January 5, 2015).

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This case is **CLOSED.**

DATED this 13th day of April, 2017.

BY THE COURT:

_____
JUDGE ROBERT J. SHELBY
United States District Court